FILED
2022 Mar-10  AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| KIZZY COLLINS AND D'CARLOS JOINER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO.: 5:21-cv-01068-MHH ) |
| MAVIS TIRE SUPPLY LLC D/B/A MAVIS DISCOUNT TIRE, | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiffs Kizzy Collins and D'Carlos Joiner and defendant Mavis Tire Supply LLC hereby stipulate that plaintiffs' claims should be dismissed in their entirety with prejudice, with each party to bear their own fees and costs.

Respectfully submitted this 9th day of March, 2022.

**ATTORNEYS FOR PLAINTIFFS:**

Eric J. Artrip
artrip@mastandoartrip.com
MASTANDO & ARTRIP, LLC
301 Washington Street NW
Suite 302
Huntsville, AL  35801

**ATTORNEYS FOR DEFENDANT:**

Shannon L. Miller
Shannon.Miller@jacksonlewis.com
JACKSON LEWIS P.C.
800 Shades Creek Parkway, Suite 870
Birmingham, AL  35209

4876-9003-4706, v. 1